860

No. 91–8761.  LEWIS v. JOHNSON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 91–8763.  O'CALLAGHAN v. ALASKA ET AL.  Sup. Ct. Alaska.  Certiorari denied.

No. 91–8764.  MARTINEZ v. LITTLE ET AL.  C. A. 5th Cir. Certiorari denied.

No. 91–8765.  LOWN v. BRIMEYER ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 91–8766.  METCALF v. LANCASTER ET AL.  C. A. 5th Cir. Certiorari denied.

No. 91–8767.  HEGE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–8769.  JONES v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 91–8771.  EVANS v. RINALDI ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–8772.  MANDRACHIO v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir. Certiorari denied.

No. 91–8775.  CRUZ v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 91–8776.  JOHNSON v. MULTNOMAH COUNTY, OREGON. Sup. Ct. Ore.  Certiorari denied.

No. 91–8777.  DAVIS v. KOZAKIEWICZ.  C. A. 3d Cir.  Certiorari denied.

No. 91–8778.  CUMBER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 91–8779.  BUNTON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 92–4.  BRADLEY ET VIR v. ROBINSON ET AL.  C. A. 6th Cir.  Certiorari denied.